**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **EBONY BETHEA, on behalf of herself** | ) | **CASE NO.1:18CV1242** |
| **and all other similarly situated,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **JUDGE CHRISTOPHER A. BOYKO** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **CROSS COUNTRY MORTGAGE, INC.** | ) | **ORDER APPROVING FLSA** |
| | ) | **COLLECTIVE ACTION** |
| | ) | **SETTLEMENT** |
| | ) | |
| **Defendant.** | ) | |

**CHRISTOPHER A. BOYKO, J:**

This matter is before the Court on the Parties' Joint Motion for Approval of Settlement ("Joint Motion"), pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b). The Joint Motion asks the Court to approve, as fair and reasonable, the proposed Settlement reached by the Parties and memorialized in their Confidential Agreement of Settlement and Release, attached to the Joint Motion as Exhibit 1 ("Settlement" or "Settlement Agreement"), all terms defined incorporated herein.

Having reviewed the Settlement Agreement as well as the pleadings and papers filed

in this Action, and for good cause established therein, the Court enters this Order and Judgment approving the Settlement, the Settlement Agreement, and the other exhibits, including the Total Settlement Amount, the proposed Individual Payments to Plaintiffs in the Schedule of Individual Payments, attached to the Settlement Agreement , the proposed Service Payment to Representative Plaintiff, Ebony Bethea, and the proposed payment of attorneys' fees and cost reimbursements to Plaintiff's Counsel, as follows:

1. This Action asserts wage-and-hour claims under the FLSA, 29 U.S.C. §§ 201-219, and Ohio law.

2. The Parties have agreed on a Notice to issue to all Eligible Settlement Participants ("FLSA Collective Action Settlement Notice"). The Settlement will cover Representative Plaintiff, Ebony Bethea, and any of the Eligible Settlement Participants who sign and return a Consent and Release Form ("Settlement Group Members").

3. The Court finds that the Settlement is fair and reasonable and satisfies the standard for approval under the FLSA, 29 U.S.C. § 216(b).

4. The Court approves the Settlement, and orders that the Settlement be implemented according to its terms and conditions and as directed herein.

5. The Court finds that the Total Settlement Amount, as well as the Individual Payments to the Eligible Settlement Participants are fair and reasonable. The Court approves the Schedule of Individual Payments and orders that such payments be distributed in the manner, and subject to the terms and conditions, set forth in the Settlement Agreement.

6. The Court approves the payment of a Service Award to the Representative Plaintiff, and orders that such payment be made in the manner, and subject to the terms and conditions,

as set forth in the Settlement Agreement.

7. The Court approves the payment of attorneys' fees and costs reimbursements to Plaintiff's Counsel as provided in the Settlement Agreement, and orders that such payment be made in the manner, and subject to the terms and conditions, as set forth in the Settlement Agreement.

8. This Action, and all claims of Representative Plaintiff and the Settlement Group Members, as that term is defined in the Settlement Agreement, are dismissed with prejudice. The Court finds there is not just reason for delay and directs the Clerk of Court to enter this Final Order and Judgment immediately.

9. As requested by the Parties in the Settlement Agreement, the Court retains jurisdiction over the Action to enforce the terms of the Settlement Agreement and resolve any disputes thereunder.

IT IS SO ORDERED.

s/ Christopher A. Boyko
CHRISTOPHER A. BOYKO
United States District Judge

Dated: March 12, 2019

3