# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **EBONY BETHEA, on behalf of herself and others similarly situated,** ) ) ) | CASE NO. 1:18-cv-1242 |
| Plaintiff, ) ) ) | JUDGE CHRISTOPHER A. BOYKO |
| vs. ) ) ) | **JOINT NOTICE OF DISMISSAL WITH PREJUDICE** |
| **CROSSCOUNTRY MORTGAGE, INC.,** ) ) ) | |
| Defendant. ) ) | |

NOW COME the parties, by and through their undersigned counsel, and hereby notify the Court they are dismissing this action, with prejudice, each party to bear its, his or her own fees and costs, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Respectfully submitted,

| | |
|---|---|
| /s/  Shannon M. Draher | /s/  Robert S. Gilmore |
| Shannon M. Draher (0074304) | Robert Gilmore (0037042) |
| Christopher J. Lalak (0090079) | KOHRMAN JACKSON & KRANTZ, LLP |
| Hans A. Nilges (0076017) | One Cleveland Center, 29th Floor |
| NILGES DRAHER, LLC | 1375 East Ninth Street |
| 7266 Portage Street NW, Suite D | Cleveland, Ohio 44114-1793 |
| Massillon, Ohio 44646 | Telephone: (216) 696-8700 |
| Phone:  (330) 470-4428 | Facsimile: (216) 621-6536 |
| Facsimile:  (330) 754-1430 | Email:  rsg@kjk.com |
| Email: clalak@ohlaborlaw.com | |
| hans@ohlaborlaw.com | |
| sdraher@ohlaborlaw.com | |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

IT IS SO ORDERED.
  s/ Christopher A. Boyko
_____
CHRISTOPHER A. BOYKO
U.S. DISTRICT JUDGE